[No. 44614-2-I.   Division One.   July 17, 2000.]

RENATE E. HAMAKER, ET AL., *Appellants*, v. SAFECO LIFE INSURANCE COMPANY OF AMERICA, *Respondent*.

Appeal from a judgment of the Superior Court for King County, No. 97-2-17823-1, George A. Finkle, J., entered April 2, 1999. *Affirmed* by unpublished opinion per Webster, J., concurred in by Kennedy and Cox, JJ.

[No. 44584-7-I.   Division One.   July 17, 2000.]

THE STATE OF WASHINGTON, *Respondent*, v. MICHAEL PETER BARTOLO, *Defendant*, TODD ROBERT HAMILTON, *Appellant*.

Appeal from a judgment of the Superior Court for Whatcom County, No. 98-1-00131-6, Steven J. Mura, J., entered April 7, 1999. *Reversed* by unpublished per curiam opinion.

[No. 45226-6-I.   Division One.   July 17, 2000.]

THE STATE OF WASHINGTON, *Respondent*, v. REGINALD THOMAS, *Appellant*.

Appeal from a judgment of the Superior Court for King County, No. 98-1-07795-2, Ronald Kessler, J., entered September 13, 1999. *Reversed* by unpublished per curiam opinion.

[No. 45406-4-I.   Division One.   July 17, 2000.]

THE STATE OF WASHINGTON, *Respondent*, v. DANIEL CLARKIN, *Appellant*.

Appeal from a judgment of the Superior Court for King County, No. 97-1-08056-4, Jeffrey Michael Ramsdell, J., entered August 2, 1999. *Reversed* by unpublished per curiam opinion.